**RULE 330.  PETITION: FILING, CONTENTS, FUNCTION**

\*        \*        \*

C. **Petition [c]Contents.**  Every petition shall set forth plainly:

\*        \*        \*

> 15) an averment as to whether the case is eligible pursuant to 42 Pa.C.S.
> § 6307(b)(1**.1**)(ii) for limited public information.

\*        \*        \*

**Official Note:**  Rule 330 adopted April 1, 2005, effective October 1, 2005**[; a]**__.__
**A**mended August 20, 2007, effective December 1, 2007.  Amended January 23, 2009,
effective March 1, 2009.  Amended December 24, 2009, effective immediately.
**Amended February 13, 2019, effective June 28, 2019.**

*Committee Explanatory Reports:*

Final Report explaining the provisions of Rule 330 published with the Court's
Order at 35 Pa.B. 2214 (April 16, 2005).  Final Report explaining the amendments to
Rule 330 published with the Court's Order at 37 Pa.B. 4866 (September 8, 2007).  Final
Report explaining the amendments to Rule 330 published with the Court's Order at 39
Pa.B. 676 (February 7, 2009).  Final Report explaining the amendments to Rule 330
published with the Court's Order at 40 Pa.B. 222 (January 9, 2010).  **Final Report
explaining the amendments to Rule 330 published with the Court's Order at 49
Pa.B. __ (__ __, 2019).**

**RULE 337.  FILING OF PETITION AFTER CASE HAS BEEN TRANSFERRED FROM CRIMINAL PROCEEDINGS**

\*        \*        \*

C. **Conversion of criminal complaint.**  The criminal complaint shall be converted into a petition when supplemented with the following information and filed with the clerk of courts pursuant to Rule 330(B):

1) the juvenile's date of birth;

2) the names and ages of any conspirators, if known;

3) the name and address of the juvenile's guardian, or if unknown, the name and address of the nearest adult relative;

4) whether the case is eligible pursuant to 42 Pa.C.S. §  6307(b)(1**.1**)(i**i**) for limited public information; and

\*        \*        \*

**Official Note:**  Rule 337 adopted July 31, 2012, effective November 1, 2012.  **Amended February 13, 2019, effective June 28, 2019.**

*Committee Explanatory Reports:*

Final Report explaining the provisions of Rule 337 published with the Court's Order at 42 Pa.B. 5350 (August 18, 2012).  **Final Report explaining the amendments to Rule 337 published with the Court's Order at 49 Pa.B. __ (__ __, 2019).**

**RULE 515.  DISPOSITIONAL ORDER**

A. **Generally.**  When the court enters a disposition after an adjudication of delinquency pursuant to Rule 409(A)(2), the court shall issue a written order, which provides balanced attention to the protection of the community, accountability for the offenses committed, and development of the juvenile's competencies to enable the juvenile to become a responsible and productive member of the community.  The order shall include:

1) the court's findings pursuant to Rule 512(D);

2) a designation whether the case is eligible pursuant to 42 Pa.C.S. § 6307 (b)(1**.1**)(i) for limited public information;

\*         \*         \*

**Comment**

Pursuant to paragraph (A)(2), the court is to determine if the case is eligible for limited public information under the requirements of 42 Pa.C.S. § 6307(b)(1**.1**)(i). *See* 42 Pa.C.S. § 6307(b)(2).  When the case is designated, the clerk of courts is to mark the file clearly.  For information that is available to the public in those eligible cases, see Rule 160.

\*         \*         \*

**Official Note:**  Rule 515 adopted April 1, 2005, effective October 1, 2005.  Amended August 20, 2007, effective December 1, 2007.  Amended July 28, 2009, effective immediately.  Amended December 24, 2009, effective immediately.  Amended April 29, 2011, effective July 1, 2011.  **Amended February 13, 2019, effective June 28, 2019.**

*Committee Explanatory Reports*:

Final Report explaining the provisions of Rule 515 published with the Court's Order at 35 Pa.B. 2214 (April 16, 2005).  Final Report explaining the amendments to Rule 515 published with the Court's Order at 37 Pa.B. 4866 (September 8, 2007).  Final Report explaining the amendment to Rule 515 published with the Court's Order at 39 Pa.B. 4743 (August 8, 2009).  Final Report explaining the amendments to Rule 515 published with the Court's Order at 40 Pa.B. 222 (January 9, 2010).  Final Report explaining the amendments to Rule 515 published with the Courts Order at 41 Pa.B. 2413 (May 14, 2011).  **Final Report explaining the amendments to Rule 515 published with the Court's Order at 49 Pa.B. __ (__ __, 2019).**